# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### 110 MICHIGAN N.W.
### GRAND RAPIDS, MICHIGAN 49503-2363

**GORDON J. QUIST**
JUDGE

TEL: (616) 456-2253
FAX: (616) 456-2243

August 4, 2004

**Amendment to Financial Disclosure Report - 2003**

Part VII, page 1, line 17, Column C is hereby amended to read as follows:

| 17. RENTAL PROPERTY, FT. PIERCE, FL | D | Rent | M | R |
|---|---|---|---|---|

This is in response to the letter of July 20, 2004.

Gordon J. Quist
U.S. District Judge

RECEIVED Aug 10 10 50 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | **Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial) QUIST, GORDON J | 2. Court or Organization DISTRICT CT-WESTERN DIST. MICH | 3. Date of Report 5/7/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

7. Chambers or Office Address

482 G.R. FORD FEDERAL COURTHSE

110 MICHIGAN NW

GRAND RAPIDS MI 49503-2363

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# L POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. | |

# IL AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED 2004 MAY 17 A 11: 26

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J | 5/7/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | CHARLES SCHWAB & CO. - IRA DISTRIBUTION - NORMAL | 24,000.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependant children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J | 5/7/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WASHINGTON MUTUAL FEDERAL SAVINGS AND LOAN | MORTGAGE ON RENTAL PROP., FT. PIERCE, FL | L |
| 2. | AMERICAN EXPRESS | CREDIT CARD DEBT | J |
| 3. | U.S. BANK | CREDIT CARD DEBT | J |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| QUIST, GORDON J | | | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ONE | A | Interest | J | † | | | | | |
| 2. BANK ONE | A | Interest | J | T | | | | | |
| 3. FIDELITY PURITAN | A | Dividend | J | T | | | | | |
| 4. SCHWAB TAX EXEMPT FUND | A | Dividend | J | T | | | | | |
| 5. SCHWAB MONEY MARKET | A | Dividend | K | T | | | | | |
| 6. NORTH AMERICAN LIFE ASSN. | | None | J | T | | | | | |
| 7. NORTHWEST MUT. LIFE INS. | | None | L | T | | | | | |
| 8. STRONG SHORT TERM BOND FUND | C | Dividend | M | T | | | | | |
| 9. MACATAWA BANK | A | Interest | J | T | | | | | |
| 10. FIDELITY CASH RESERVES | A | Dividend | K | T | | | | | |
| 11. FIDELITY CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 12. FIDELITY FUND | A | Dividend | J | T | | | | | |
| 13. SPARTAN INVESTMENT GRADE BOND | A | Dividend | J | T | | | | | |
| 14. FIDELITY BLUE CHIP GROWTH | A | Dividend | J | T | | | | | |
| 15. FIDELITY MID-CAP STOCK | A | Dividend | J | T | | | | | |
| 16. FIDELITY PURITAN | A | Dividend | J | T | | | | | |
| 17. RENTAL PROPERTY, FT. PIERCE, FL | D | Rent | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INDEPENDENT BANK | A | Interest | J | T | | | | | |
| 19. SCHWAB MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 20. FEDERATED GOVT ULTRASHORT FUND | A | Dividend | J | T | | | | | |
| 21. METROPOLITAN WEST LOW DURATION BOND FUND | B | Dividend | K | T | | | | | |
| 22. SCHWAB YIELD PLUS INV SHARES | B | Dividend | K | T | | | | | |
| 23. NEWSCP OVRS 8.625% PFDF | A | Dividend | J | T | | | | | |
| 24. STRONG MID CAP DISCIPLINED FUND | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | QUIST, GORDON J | 5/7/2004 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

# IX. CERTIFICATION

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date **5 - 11 - 2004**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544